Certificate Number: 14912-PAM-DE-035702914

Bankruptcy Case Number: 21-00991


14912-PAM-DE-035702914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 24, 2021, at 10:33 o'clock PM EDT, Michael Petrilla completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 24, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor