In re:  
Michael J. Petrilla, Jr.  
Karen L. Petrilla  
    Debtors

Case No. 21-00991-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jun 11, 2021     Form ID: ntcnfhrg     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Petrilla, Jr., Karen L. Petrilla, 2305 Bradley Drive, Harrisburg, PA 17110-9510 |
| 5407312 | | Apothaker Scian PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5407313 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5407315 | + | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 5407317 | + | Cawley & Bergman, LLC, 550 Broad St., Suite 1001, Newark, NJ 07102-4542 |
| 5407323 | | Equiant/Thousand Trails, Attn: Bankruptcy, 400 N Juniper Dr, Ste 100, Chandler, AZ 85226 |
| 5407324 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 5414065 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5411664 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5407327 | + | Lincoln Automotive Financial, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 5407330 | + | Monarch Recivery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 5407331 | | National Energy Improvement Fund, PO Box 9000, Fort Washington, PA 19034-9000 |
| 5407332 | | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 5407334 | | Peerless Credit Services Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5407335 | | Pinnacle ABC, PO Box 829791, Philadelphia, PA 19182-9791 |
| 5407336 | | Professional Account Management, LL, Po Box 1153, Milwaukee, WI 53201-1153 |
| 5409881 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5407339 | + | Radius Global Solutions, LLC, PO Box 390905, Mail Code CBK10, Minneapolis, MN 55439-0905 |
| 5407341 | + | Riverside Anesthesia, 1 Rutherford Road, Suite 101, Harrisburg, PA 17109-4540 |
| 5407344 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5407343 | + | United Collection Bureau, PO Box 140310, Toledo, OH 43614-0310 |
| 5407329 | ++ | WACHOVIA BANK NA, MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR, DES MOINES IA 50328-0001 address filed with court:, Meridian Financial Services, Inc., Attn: Bankruptcy, Po Box 1410, Asheville, NC 28802 |
| 5407345 | + | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Parkway, Round Rock, TX 78681-8004 |
| 5407346 | | Waypoint Resourse Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 11 2021 19:14:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407314 | | Email/Text: cms-bk@cms-collect.com | Jun 11 2021 18:59:00 | Capital Management Services, LP, 698 1/2 South Ogden, PO Box 964, Buffalo, NY 14206-2317 |
| 5407316 | + | Email/Text: bankruptcy@cavps.com | Jun 11 2021 18:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 5407319 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 19:14:43 | Citibank, Citicorp Credit Srvs/Cent. Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5407320 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 19:14:43 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5407321 | + | Email/Text: mediamanagers@clientservices.com | Jun 11 2021 18:59:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5407322 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 11 2021 18:59:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5407328 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 19:14:44 | Macys, P.O. Box 8228, Mason, OH 45040 |
| 5407325 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 11 2021 18:59:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456-1280 |
| 5407318 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 11 2021 19:14:54 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5407326 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2021 18:59:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5411447 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 19:14:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5407333 | + | Email/PDF: pa_dc_claims@navient.com | Jun 11 2021 19:14:43 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 5414059 | + | Email/Text: bankruptcynotices@psecu.com | Jun 11 2021 18:59:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5407337 | + | Email/Text: bankruptcynotices@psecu.com | Jun 11 2021 18:59:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5407338 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 11 2021 18:59:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5407340 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2021 19:14:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5407342 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 19:15:04 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5407559 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 19:14:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5408110 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 5414068 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Johanna Hill Rehkamp | on behalf of Debtor 2 Karen L. Petrilla jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 Michael J. Petrilla Jr. jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael J. Petrilla, Jr., aka Michael J. Petrilla, | Chapter 13 |
| **Debtor 1** | Case No. 1:21−bk−00991−HWV |
| Karen L. Petrilla, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 7, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 14, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 11, 2021 |

ntcnfhrg (05/21)