IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1:21-bk-00991-HWV |
| MICHAEL J. PETRILLA, JR. | : |
| KAREN L. PETRILLA | : CHAPTER 13 |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Cunningham, Chernicoff & Warshawsky, P.C and Johanna H. Rehkamp, Esquire, as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021         CUNNINGHAM CHERNICOFF &
                                WARSHAWSKY, P.C.

                                By:     /s/ Johanna H. Rehkamp
                                    Johanna H. Rehkamp, Esquire
                                    Cunningham & Chernicoff, P.C.
                                    2320 North Second Street
                                    Harrisburg, PA 17110
                                    (717) 238-6570
                                    jhr@cclawpc.com

Kindly enter the appearance of Robert E. Chernicoff, Esquire and Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtor in the above captioned matter.

Date: December 28, 2021         CUNNINGHAM CHERNICOFF &
                                WARSHAWSKY, P.C.

                                By:     /s/ Robert E. Chernicoff
                                    Robert E. Chernicoff, Esquire
                                    2320 North Second Street
                                    P. O. Box 60457
                                    Harrisburg, PA 17106-0457
                                    (717) 238-6570
                                    rchernicoff@cclawpc.com