IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 1:21-bk-00991-HWV |
| MICHAEL J. PETRILLA, JR. | : | |
| KAREN L. PETRILLA | : | |
| Debtors | : | CHAPTER 13 |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter the appearance of James K. Jones, Esquire of Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtors in the above captioned matter.

Date: May 31, 2023                      CUNNINGHAM CHERNICOFF &
                                         WARSHAWSKY, P.C.

                                         By: /s/ James K. Jones
                                                James K. Jones, Esquire
                                                2320 North Second Street
                                                P. O. Box 60457
                                                Harrisburg, PA 17106-0457
                                                (717) 238-6570
                                                jkj@cclawpc.com