IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :     CASE NO. 1:21-bk-00991-HWV
MICHAEL J. PETRILLA, JR.                        :
KAREN L. PETRILLA                               :
      Debtors                                   :     CHAPTER 13

**ENTRY OF APPEARANCE**

TO THE CLERK:

      Kindly enter the appearance of Bruce J. Warshawsky, Esquire of Cunningham, Chernicoff & Warshawsky, P.C., as attorney of record for the Debtors in the above captioned matter.

Date: May 31, 2023                         CUNNINGHAM CHERNICOFF &
                                           WARSHAWSKY, P.C.

                                           By:   /s/ Bruce J. Warshawsky
                                                 Bruce J. Warshawsky, Esquire
                                                 2320 North Second Street
                                                 P. O. Box 60457
                                                 Harrisburg, PA 17106-0457
                                                 (717) 238-6570
                                                 bjw@cclawpc.com