# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| MICHAEL J. PETRILLA, JR. and KAREN L. PETRILLA, | : : | CASE NO. 1:21-bk-00991-HWV |
| | : | |
| Debtors. | : | |

## ORDER

Upon consideration of the Stipulation filed by the parties, Doc. 38, and it appearing that this Stipulation does not resolve a pending motion on the Court's docket, it is

**ORDERED** that a hearing is scheduled for **August 8, 2023** at **9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. This hearing may be canceled in the event that counsel files a concurred-in motion for the requested relief.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 21, 2023