IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1:21-bk-00991-HWV |
| MICHAEL J. PETRILLA, JR. | : |
| KAREN L. PETRILLA | : CHAPTER 13 |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Mette, Evans and Woodside and James K. Jones, Esquire, as attorney of record for the Debtors in the above captioned matter.

Date: April 17, 2024                    METTE EVANS AND WOODSIDE
                                        ATTORNEYS AT LAW

                                        By:____/s/ James K. Jones, Esquire___
                                            James K. Jones, Esquire
                                            Mette, Evans & Woodside
                                            3401 North Front Street
                                            Harrisburg, PA  17110
                                            (717) 232-5000
                                            jkjones@mette.com