**Fill in this information to identify the case:**

Debtor 1      MICHAEL J. PETRILLA, JR.

Debtor 2      KAREN L. PETRILLA
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                             (State)

Case number   21-00991

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made            12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of claim holder:**    QUICKEN LOANS                    **Court claim no.** (if known):   2

**Last 4 digits** of any number you use to identify the debtor's account:    6   5   4   0

**Property address:**      2305 BRADLEY DRIVE
                            Number      Street

                            HARRISBURG,        PA        17110
                            City                    State       ZIP Code

| **Part 2:** | **Statement of Completion** |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| **Part 3:** | **Arrearages** |
| --- | --- |

| | **Amount** |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 1,973.96 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,973.96 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,973.96 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager          Date  5 / 27 / 2026
Signature

Trustee    Jack          N          Zaharopoulos
           First Name    Middle Name    Last Name

Address    8125 Adams Drive, Suite A
           Number        Street

           Hummelstown              PA        17036
           City                     State     ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

Case 1:21-bk-00991-HWV    Doc 55    Filed 05/27/26    Entered 05/27/26 06:57:01    Desc
Main Document      Page 2 of 3

# Disbursements for Claim

**Case:** 21-00991          **MICHAEL J. PETRILLA, JR.**

**QUICKEN LOANS INC**
635 WOODWARD AVENUE

DETROIT, MI   48226-

Acct No: Bradley Dr - PRE-ARREARS - 6

ARREARS - 2305 BRADLEY DRIVE

Sequence:  24
Modify:
Filed Date:
Hold Code:

| | Debt: | $1,973.96 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:          $80,110.00 | | | Accrued Int: | $0.00 |
| Amt Due:          $0.00 | Paid: | $1,973.96 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **QUICKEN LOANS INC** | | | | | | | |
| 520-0 | QUICKEN LOANS INC | | 05/16/2023 | 2025160 | $88.65 | $0.00 | $88.65 | 05/25/2023 |
| 520-0 | QUICKEN LOANS INC | | 04/18/2023 | 2024155 | $273.42 | $0.00 | $273.42 | 04/26/2023 |
| 520-0 | QUICKEN LOANS INC | | 03/15/2023 | 2023120 | $273.42 | $0.00 | $273.42 | 03/27/2023 |
| 520-0 | QUICKEN LOANS INC | | 02/15/2023 | 2022123 | $273.42 | $0.00 | $273.42 | 02/28/2023 |
| 520-0 | QUICKEN LOANS INC | | 01/18/2023 | 2021119 | $273.42 | $0.00 | $273.42 | 02/02/2023 |
| 520-0 | QUICKEN LOANS INC | | 12/13/2022 | 2020128 | $273.42 | $0.00 | $273.42 | 12/27/2022 |
| 520-0 | QUICKEN LOANS INC | | 11/16/2022 | 2019167 | $273.42 | $0.00 | $273.42 | 12/15/2022 |
| 520-0 | QUICKEN LOANS INC | | 10/18/2022 | 2018144 | $244.79 | $0.00 | $244.79 | 10/27/2022 |
| | | | | **Sub-totals:** | $1,973.96 | $0.00 | $1,973.96 | |
| | | | | **Grand Total:** | $1,973.96 | $0.00 | | |