United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Michael J. Petrilla, Jr.

Karen L. Petrilla

  Debtors

Case No. 21-00991-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Jun 09, 2026

User: AutoDocke

Form ID: 3180W

Page 1 of 4

Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Petrilla, Jr., Karen L. Petrilla, 2305 Bradley Drive, Harrisburg, PA 17110-9510 |
| 5407323 | | Equiant/Thousand Trails, Attn: Bankruptcy, 400 N Juniper Dr, Ste 100, Chandler, AZ 85226 |
| 5415622 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5407331 | | National Energy Improvement Fund, PO Box 9000, Fort Washington, PA 19034-9000 |
| 5407334 | | Peerless Credit Services Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5407335 | | Pinnacle ABC, PO Box 829791, Philadelphia, PA 19182-9791 |
| 5407336 | | Professional Account Management, LL, Po Box 1153, Milwaukee, WI 53201-1153 |
| 5407341 | + | Riverside Anesthesia, 1 Rutherford Road, Suite 101, Harrisburg, PA 17109-4540 |
| 5407344 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 09 2026 22:48:00 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 09 2026 22:48:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jun 09 2026 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407312 | ^ | MEBN | Jun 09 2026 18:46:23 | Apothaker Scian PC, 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5407313 | | EDI: BANKAMER | Jun 09 2026 22:48:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5419782 | + | EDI: BANKAMER2 | Jun 09 2026 22:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5407314 | | Email/Text: cms-bk@cms-collect.com | Jun 09 2026 18:51:00 | Capital Management Services, LP, 698 1/2 South Ogden, PO Box 964, Buffalo, NY 14206-2317 |
| 5407315 | + | EDI: CAPITALONE.COM | Jun 09 2026 22:48:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 5407316 | + | Email/Text: bankruptcy@cavps.com | Jun 09 2026 18:51:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5407317 | ^ | MEBN | Jun 09 2026 18:46:18 | Cawley & Bergman, LLC, 550 Broad St., Suite 1001, Newark, NJ 07102-4542 |
| 5407318 | + | EDI: JPMORGANCHASE | Jun 09 2026 22:48:00 | Chase Card Services, Attn: Bankruptcy, Po Box |

| | | | |
|---|---|---|---|
| | | | 15298, Wilmington, DE 19850-5298 |
| 5407319 | + EDI: CITICORP | Jun 09 2026 22:48:00 | Citibank, Citicorp Credit Srvs/Cent. Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5421588 | EDI: CITICORP | Jun 09 2026 22:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5407320 | + EDI: CITICORP | Jun 09 2026 22:48:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5407321 | + Email/Text: mediamanagers@clientservices.com | Jun 09 2026 18:51:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5407322 | + EDI: CCS.COM | Jun 09 2026 22:48:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5407328 | EDI: CITICORP | Jun 09 2026 22:48:00 | Macys, P.O. Box 8228, Mason, OH 45040 |
| 5408110 | Email/Text: EBNBKNOT@ford.com | Jun 09 2026 18:51:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 5407324 | EDI: AISACG.COM | Jun 09 2026 22:48:00 | Ford Motor Credit, 4515 N. Sante Fe Ave. Dept. APS, Oklahoma City, OK 73118 |
| 5608322 | + EDI: AISACG.COM | Jun 09 2026 22:48:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5407325 | Email/Text: GCSBankruptcy@gcserv.com | Jun 09 2026 18:51:00 | GC Services Limited Partnership, PO Box 1280, Oaks, PA 19456-1280 |
| 5423159 | EDI: JEFFERSONCAP.COM | Jun 09 2026 22:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5414065 | + Email/Text: RASEBN@raslg.com | Jun 09 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5411664 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 09 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5407326 | + EDI: CAPITALONE.COM | Jun 09 2026 22:48:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5411447 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 19:00:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5407327 | + Email/Text: EBNBKNOT@ford.com | Jun 09 2026 18:51:00 | Lincoln Automotive Financial, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 5407330 | + Email/Text: compliance@monarchrm.com | Jun 09 2026 18:51:00 | Monarch Recivery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 5407332 | Email/Text: bankruptcydepartment@tsico.com | Jun 09 2026 18:51:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 5407333 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 09 2026 19:01:07 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 5414059 | + EDI: G2RSPSECU | Jun 09 2026 22:48:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5407337 | + EDI: G2RSPSECU | Jun 09 2026 22:48:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5407338 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jun 09 2026 18:51:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5409881 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jun 09 2026 18:51:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5407339 | + | Email/Text: ngisupport@radiusgs.com | Jun 09 2026 18:51:00 | Radius Global Solutions, LLC, PO Box 390905, Mail Code CBK10, Minneapolis, MN 55439-0905 |
| 5407340 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 19:00:58 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5407342 | + | EDI: SYNC | Jun 09 2026 22:48:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5407559 | + | EDI: PRA.COM | Jun 09 2026 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5407343 | + | Email/Text: BAN140310@UCBINC.COM | Jun 09 2026 18:51:00 | United Collection Bureau, PO Box 140310, Toledo, OH 43614-0310 |
| 5420728 | | EDI: AIS.COM | Jun 09 2026 22:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5407329 | | Email/Text: compliance@merid.com | Jun 09 2026 18:51:00 | Meridian Financial Services, Inc., Attn: Bankruptcy, Po Box 1410, Asheville, NC 28802 |
| 5407345 | ^ | MEBN | Jun 09 2026 18:46:19 | Waypoint Resource Group, Attn: Bankruptcy, 301 Sundance Parkway, Round Rock, TX 78681-8004 |
| 5407346 | ^ | MEBN | Jun 09 2026 18:46:19 | Waypoint Resourse Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5414068 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce J Warshawsky | on behalf of Debtor 1 Michael J. Petrilla Jr. bjw@cclawpc.com, aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com |
| Bruce J Warshawsky | on behalf of Debtor 2 Karen L. Petrilla bjw@cclawpc.com aharkins@cclawpc.com;jbartley@cclawpc.com;jlaughman@cclawpc.com |

Denise E. Carlon
 on behalf of Creditor QUICKEN LOANS  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Howard Gershman
 on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net

Jack N Zaharopoulos
 ecf@pamd13trustee.com

Matthew K. Fissel
 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Robert E Chernicoff
 on behalf of Debtor 2 Karen L. Petrilla rec@cclawpc.com  jbartley@cclawpc.com;jlaughman@cclawpc.com

Robert E Chernicoff
 on behalf of Debtor 1 Michael J. Petrilla  Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

Information to identify the case:

| | |
|---|---|
| Debtor 1 | Michael J. Petrilla, Jr. |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | Karen L. Petrilla |
| | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–9035
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–8919
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:21–bk–00991–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Petrilla, Jr.
aka Michael J. Petrilla

Karen L. Petrilla

**By the court:**

6/9/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:21-bk-00991-HWV    Doc 58    Filed 06/11/26    Entered 06/12/26 00:30:03    Desc
Imaged Certificate of Notice    Page 7 of 7