**Fill in this information to identify the case:**

Debtor 1    Michael J. Petrilla, Jr. aka Michael J. Petrilla

Debtor 2    Karen L. Petrilla
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle    District of   Pennsylvania
                                                              (State)

Case number   1:21-bk-00991-HWV

# Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).

## Part 1:   Mortgage Information

**Name of claim holder:**    Rocket Mortgage, LLC

**Court claim no.** (if known):
2

**Last 4 digits** of any number you use to identify the debtor's account:    ******6540

**Property address:**    2305 Bradley Dr
                         Number      Street

                         Harrisburg        PA     17110
                         City                 State      ZIP Code

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:    $_____1,973.96_____.

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:    $_____.

☐   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:    $_____.

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|   |   |   |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 06/02/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 08/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 880.81 |
| iv. | Unpaid principal balance of the loan: | $ 69,989.62 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 0.00 |
| vi. | Balance of the escrow account: | $ 1,834.87 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 337.87 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 1:21-bk-00991-HWV   Doc 59   Filed 06/22/26   Entered 06/22/26 11:29:33   Desc
Main Document     Page 2 of 5

| Part 5: | Sign Here |

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Shawn Miller _____ Date 6/18/2026 _____
   Signature

Name    Shawn Miller _____
        First name          Middle name          Last name

Title   Agent for Creditor _____

Company  Aldridge Pite, LLP _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700 ___
         Number        Street

         Atlanta _____  GA        30305 _____
         City                         State      ZIP Code

Contact phone  (404 ) 994-7400 _____        Email shawnmiller@aldridgepite.com

Case 1:21-bk-00991-HWV   Doc 59   Filed 06/22/26   Entered 06/22/26 11:29:33   Desc
Main Document      Page 3 of 5

```
                    ==================================================        6/17/26
                             Payoff Quote Include/Omit Items                   09:38:00
                    ==================================================        ADD
                 PO Dt   6/24/26      Int Paid To     7/01/26
                 Sub Code    01        Next Due Dt     8/01/26    Int Rate      3.250
Prin Bal        69,989.62            Monthly Int              189.56  Int Calcs      .00
Optional Items to I-Include or O-Omit:                             Plan Number    00001
 I  Escrow Balance           1,834.81    O  Total Late Charges                   .00
    Interest on Escrow            .00    I  Total NSF Charges                    .00
 I  Escrow Advance              .00      O  Optional Ins Payment                 .00
 I  Misc Suspense Bal         337.81     O  Prepayment Penalty                   .00
 I  Forbearance Bal             .00      O  Mortgage Ins Premium                 .00
 O  Subsidy                     .00      O  Other Fees Due                       .00
 O  Hazard Suspense Bal         .00      O  Rebate Points Financed          0000000
    Int on Hazard Loss          .00      I  Deferred Principal                   .00
 O  Inv. Advance                .00      O  Recording Fee              0000000000000
 I  Corp Advance Bal            .00      O  Quote fee                  0000000000000
 O  Corp Expense Bal            .00              O  Oth2  COUNTY RECORDING FEE  0000000007875
 O  Default Int Due             .00              O  Oth1  ANTICIPATED FEE   0000000000000  +
 I  Deferred Int                .00      O  MBS Liq Difference                189.99
 O  Prepaid Ins Rebate          .00
 O  Partial Claims              .00
Accept Quote -_Y/N N                                 PO Amt            67,816.88


   F11=Corp Adv   F12=Return   F13=Opt Ins   F14=Corp Expense   F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>June 22, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13 |
| | (Trustee) |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| | |
| Debtor's Counsel 1 Name: | Robert E Chernicoff |
| Debtor's Counsel Address: | Cunningham and Chernicoff PC |
| | 2320 North Second Street |
| | Harrisburg, PA 17110 |
| Debtor's Counsel Email: | rec@cclawpc.com |
| | |
| Debtor's Counsel 2 Name: | Robert E Chernicoff |
| Debtor's Counsel Address: | Cunningham and Chernicoff PC |
| | 2320 North Second Street |
| | Harrisburg, PA 17110 |
| Debtor's Counsel Email: | bjw@cclawpc.com |
| | |
| Debtor 1 Name: | Michael J. Petrilla, Jr. |
| Debtor 2 Name: | Karen L. Petrilla |
| Debtor's Mailing Address: | 2305 Bradley Drive |
| | Harrisburg, PA 17110 |

    /s/ Cecilia Metcalf